```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

MICHAEL SHEPHERD,

        Plaintiff,

v.                               Case No.   8:08-cv-1706-T-33EAJ

TIMBER GREENS COMMUNITY ASSOCIATION, INC.,

        Defendant.
_____/

## **ORDER**

This cause comes before the Court pursuant to the parties' Joint Motion to Stay Federal Court Proceedings and Compel Arbitration (Doc. # 10), which was filed on November 4, 2008.

On August 29, 2008, Plaintiff filed his complaint against Defendant alleging that Defendant violated the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. (Doc. # 1).  On October 6, 2008, Defendant filed its answer and affirmative defenses to the complaint. (Doc. # 9).

On November 4, 2008, the parties jointly filed the present motion to compel arbitration and stay this case pending the outcome of the arbitration proceedings.  (Doc. # 10).  The parties jointly assert that they are subject to a binding arbitration agreement, and the parties have filed the

agreement with this Court (the "Arbitration Agreement"). Among other relevant provisions, the Arbitration Agreement states:

> Because of the delay and expense of the court systems, SCI and I agree to use confidential binding arbitration, instead of going to court, for any claims that arise between me and SCI, its related companies, or the client company and/or their current or future employees. This includes any claims concerning compensation, employment, sexual or other types of harassment, or termination of employment. Before arbitration, I agree first to present any claims in writing and in full detail to SCI; and next, to complete any SCI internal review process. Nothing in this agreement to arbitrate shall prevent me from filing a claim with any external administration or agency (such as the EEOC or similar state or local agency). In any arbitration, the then-prevailing rules of the American Arbitration Association (and, to the extent not inconsistent, the Federal Arbitration Act) shall apply.

(Doc. # 10, Ex. A).

Plaintiff's claims under the FLSA are covered by the Arbitration Agreement, and both parties request an order compelling arbitration and staying the case consistent with the Arbitration Agreement. Accordingly, this Court finds it appropriate to grant the motion to compel arbitration and stay the case pursuant to the Federal Arbitration Act, which provides in pertinent part:

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in

-2-

> writing for such arbitration, the court in which suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default proceedings with such arbitration.

9 U.S.C. § 3.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

(1) The parties' Joint Motion to Stay Federal Court Proceedings and Compel Arbitration (Doc. # 10) is **GRANTED**. The parties shall proceed to arbitration as specified in the Arbitration Agreement.

(2) The case is **STAYED** pending the resolution of the arbitration proceedings. The Clerk is directed to administratively close the case.

(3) The parties shall file a joint status report within 90 days of the date of this Order to inform the Court of the status of the arbitration proceedings. Thereafter, the parties shall continue to file joint status reports with this Court every 90 days until the arbitration proceedings are completed.

(4) The parties are directed to inform the Court immediately upon the completion of the arbitration proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 6th day of November 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record